**Order filed December 3, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00674-CR

———————

### CLYDE BARRETT ROSS JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 84915-CR**

## ORDER

The clerk's record was filed November 15, 2019. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). The guilt-innocence verdict forms included at pages 102–05 and 112–15 of the record are unsigned and do not indicate the jury's verdict. Accordingly, the Brazoria County District Clerk is directed to file a supplemental clerk's record by **December 13, 2019**, containing **the signed guilt-innocence verdict forms**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.